**Order entered July 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00191-CV

**AUBREY THOEDE, IMPROPERLY NAMED AS AUBREY THOEDE D/B/A DIRT FREE CARPET, DIRT FREE CARPET & UPHOLSTERY CLEANING, INC. AND DFC INTERIOR SERVICES, INC., Appellants**

**V.**

**STEVE WORTHAM AND KARIN WORTHAM, Appellees**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01524-2014**

## ORDER

Before the Court is appellants' July 21, 2017 third motion to extend the time for filing their brief. We **GRANT** appellants' motion and **ORDER** the brief received on July 24, 2017 filed as of the date of this order.

/s/     CRAIG STODDART
         JUSTICE